BEFORE THE THIRD DIVISION, MAY 24, 1955

**No. 59099.**—Carole Stupell, Ltd. *v.* United States, protests 166979–K, etc. (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the items entered, or withdrawn from warehouse, for consumption prior to May 28, 1950, were held dutiable at 20 percent under paragraph 1547 (a) (2) of the tariff act, and the items entered, or withdrawn from warehouse, for consumption on and after May 28, 1950, were held dutiable at 10 percent under said paragraph as modified, *supra.*

BEFORE THE FIRST DIVISION, MAY 25, 1955

**No. 59100.**—Cohn & Rosenberger, Inc. *v.* United States, protests 48801–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise marked "A" on the invoices consists of alabaster beads the same as those the subject of *Eitinger Bead Co., Inc.* v. *United States* (17 Cust. Ct. 56, C. D. 1020) and the items marked "B" consist of white beads similar to those involved in *Eitinger Bead Co.* v. *United States* (13 Cust. Ct. 50, C. D. 867), the claim of the plaintiff was sustained.

**No. 59101.**—Isaac B. Cohen & Sons Corp. *v.* United States, protest 252223–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer similar in all material respects to those the subject of Abstract 56902, the claim of the plaintiff was sustained.